Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant Plum PBC dba Plum Organics*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D. M. P., Annie Pompa Morejon, C. V. P., Ruby Perez Chino, C. R. C., America Cardona, J. P., Jesenia Plascencia, and Margaret Petneaud,<br><br>Plaintiffs,<br><br>v.<br><br>Beech-Nut Nutrition Company, Inc., Gerber Products Company, Plum PBC dba Plum Organics, Sprout Foods, Inc., and Walmart, Inc.,<br><br>Defendants. | Case No.: 2:23-cv-00344-CDS-EJY<br><br>**Stipulation and ~~Proposed~~ Order Extending Time to Respond to Complaint**<br>**(First Request)** |

Defendants Plum PBC dba Plum Organics ("Plum Organics"), Sprout Foods, Inc. ("Sprout Foods"), Gerber Products Company ("Gerber"), Walmart Inc. ("Walmart"), and Beech-Nut Nutrition Company ("Beech-Nut") (together, "Defendants"), and Plaintiffs D. M. P., Annie Pompa Morejon, C. V. P., Ruby Perez Chino, C. R. C., America Cardona, J. P., Jesenia Plascencia, and Margaret Petneaud, stipulate and agree as follows:

1. Plaintiffs initiated this action with a Complaint filed on March 3, 2023.

2. Plaintiffs served Plum Organics on March 7, 2023, Dkt. 6, and the operative deadline for Plum Organics to answer or otherwise respond to the Complaint is March 28, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A).

3. Plaintiffs served Walmart on March 7, 2023, and the operative deadline for Walmart to answer or otherwise respond to the Complaint is March 28, 2023. *See* Fed. R. Civ. P.

1  12(a)(1)(A).

2      4.    Plaintiffs served Sprout Foods on March 8, 2023, Dkt. 7, and the operative
3  deadline for Sprout Foods to answer or otherwise respond to the Complaint is March 29, 2023.
4  *See* Fed. R. Civ. P. 12(a)(1)(A).

5      5.    Plaintiffs served Gerber on March 10, 2023, Dkt. 9, and the operative deadline for
6  Gerber to answer or otherwise respond to the Complaint is March 31, 2023. *See* Fed. R. Civ. P.
7  12(a)(1)(A).

8      6.    Plaintiffs served Beech-Nut on March 13, 2023, Dkt. 9, and the operative deadline
9  for Beech-Nut to answer or otherwise respond to the Complaint is April 3, 2023. *See* Fed. R. Civ.
10 P. 12(a)(1)(A).

11     7.    Defendants have requested—and Plaintiffs have agreed—that the operative
12 deadlines for all Defendants to answer or respond to the Complaint be extended up to and
13 including May 18, 2023.

14     8.    There is good cause for the requested extensions.  The extended time will allow
15 Defendants to investigate the allegations in the the Complaint and adequately prepare a response.
16 Further, aligning Defendants' deadlines will allow them to assess whether they can conserve the
17 parties' and Court's resources by coordinating their response to the Complaint.

18     9.    This is the first request for an extension, and it is made in good faith and not for
19 purposes of delay.

20     Dated: March 27, 2023

| BALLARD SPAHR LLP | WAGSTAFF LAW FIRM |
|---|---|
| By: /s/ David E. Chavez | By: /s/ William A. Lemkul |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Plum PBC dba Plum Organics* | Aimee Wagstaff – pro hac vice pending<br>Madeleine Clavier – pro hac vice pending<br>940 N. Lincoln Street<br>Denver, CO 80203<br><br>WALSH LAW PLLC<br><br>Kimberly Channick – pro hac vice pending<br>13428 Maxella Avenue<br>Suite 203 |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

|  |  |
|---|---|
|  | Marina del Rey, CA 90292 |
|  | Alexandra M. Walsh – pro hac vice pending<br>1050 Connecticut Avenue NW<br>Suite 500<br>Washington, DC 20036 |
|  | MORRIS, SULLIVAN & LEMKUL |
|  | William A. Lemkul<br>Nevada Bar No. 6715<br>Christophe A. Turtzo<br>Nevada Bar No. 10253<br>Jennifer Saccuzzo<br>Nevada Bar No. 6807<br>3960 Howard Hughes Parkway<br>Suite 400<br>Las Vegas, NV 89169 |
|  | Christian Wyatt Barton<br>Nevada Bar No. 5579<br>10680 Treena St.<br>Suite 100<br>San Diego, CA 92131 |
|  | CLAGGETT & SYKES LAW FIRM |
|  | Sean Claggett<br>Nevada Bar No. 8407<br>William T. Sykes<br>Nevada Bar No. 9916<br>Donald Graham<br>Nevada Bar No. 16086<br>Jennifer Morales<br>Nevada Bar No. 8829<br>4101 Meadows Lane<br>Suite 100 |
|  | *Attorneys for Plaintiffs* |
| PISANELLI BICE | EVANS FEARS & SCHUTTERT LLP |
| By: /s/ James J. Pisanelli | By: /s/ David Gutke |
| James J. Pisanelli<br>Nevada Bar No. 12805<br>M. Magali Mercera<br>Nevada Bar No. 11742<br>400 South 7th Street<br>Suite 300<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant Gerber Products Company* | David Gutke<br>Nevada Bar No. 9820<br>Hayley E. LaMorte<br>Nevada Bar No. 14241<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>*Attorneys for Defendant Sprout Foods, Inc.* |

3

| ALVERSON TAYLOR & SANDERS | WILEY PETERSEN |
|---|---|
| By: /s/ Kurt Bonds<br>Kurt Bonds<br>Nevada Bar No. 6228<br>6605 Grand Montecito Pkwy.<br>Suite 200<br>Las Vegas, NV 89149<br><br>*Attorneys for Defendant Walmart Inc.* | By: /s/ Jason M. Wiley<br>Robert J. Caldwell, Esq., Bar No. 7637<br>Jason M. Wiley, Esq., Bar No. 9274<br>Ryan S. Petersen, Esq., Bar No. 10715<br>1050 Indigo Drive, Suite 200B<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendant Beech-Nut Nutrition Company* |

**ORDER**

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that the operative deadlines for Defendants to answer or otherwise respond to Plaintiffs' Complaint is extended up to and including May 18, 2023.

Dated: March 27, 2023

_____
United States Magistrate Judge