```
1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
6
   Bryan A. Merryman, Esq. (admitted pro hac vice)
7  J. Taylor Akerblom, Esq. (admitted pro hac vice)
   WHITE & CASE LLP
8  555 S. Flower Street, Suite 2700
   Los Angeles, CA  90071-2433
9  Telephone: 213.620.7700

10 Attorneys for Gerber Products Company
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P. a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P., a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P. a minor child by and through his legal guardian, MARGARET PETNEAUD,<br><br>               Plaintiffs,<br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.,<br><br>               Defendants. | CASE NO.: 2:23-cv-00344-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO SUBMIT DISCOVERY PLAN AND SERVE INITIAL DISCLOSURES**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs D.M.P., C.V.P., C.R.C., J.P., and D.P. ("Plaintiffs") and defendants Beech-Nut Nutrition Company, Gerber Products Company, Plum PBC, Sprout Foods, Inc., and Walmart Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, subject to the

1

|   |   |
|---|---|
| 1 | Court's approval, that the deadline for the Parties to submit a discovery plan and serve initial |
| 2 | disclosures currently set for June 29, 2023 pursuant to Fed. R. Civ. Proc. 26(a)(1)(C), should be |
| 3 | extended either (i) until 30 days after the Court enters an order on Defendants' Joint Motion to |
| 4 | Sever (ECF No. 41) and Plaintiffs' forthcoming motion to amend their Complaint, or (ii) by 120 |
| 5 | days to October 27, 2023, whichever comes sooner.  If the Court has not ruled on both motions |
| 6 | within 90 days, the Parties will meet and confer regarding a subsequent extension. |

Good cause exists to grant the stipulation. The Parties participated in a Rule 26 conference via Zoom, on July 15, 2023. Defendants filed a motion to sever the claims brought by the five plaintiffs named in the Complaint. (ECF No. 41.) Plaintiffs intend to file a motion to amend the Complaint to add additional plaintiffs and name additional defendants. Both motions will be opposed. The Court's rulings on these motions will impact the Parties' discovery plan and initial disclosures. Thus, by this extension, the Parties seek to avoid waste of party and judicial resources. This is the first stipulation for an extension of time to submit a discovery plan and serve initial disclosures, and it is made in good faith and not for purposes of delay.

DATED this 29th day of June 2023.

PISANELLI BICE PLLC

By:  /s/ M. Magali Mercera
   James J. Pisanelli, Esq., Bar No. 4027
   Debra L. Spinelli, Esq., Bar No. 9695
   M. Magali Mercera, Esq., Bar No. 11742
   400 South 7th Street, Suite 300
   Las Vegas, NV 89101

   Bryan A. Merryman, Esq.
   (admitted *pro hac vice*)
   J. Taylor Akerblom, Esq.
   (admitted *pro hac vice*)
   WHITE & CASE LLP
   555 S. Flower Street, Suite 2700
   Los Angeles, CA 90071-2433

*Attorneys for Gerber Products Company*

WILEY PETERSEN

By:  /s/ Jason Wiley
   Robert J. Caldwell, Esq., Bar No. 7637
   Jason M. Wiley, Esq., Bar No. 9274
   Ryan S. Petersen, Esq., Bar No. 10715
   1050 Indigo Drive, Suite 200B

MORRIS, SULLIVAN & LEMKUL, LLP

By:  /s/ Will Lemkul
   Will Lemkul, Esq., NV Bar #6715
   Christopher Turtzo, Esq., NV Bar #10253
   Jennifer Saccuzzo, Esq., NV Bar #6807
   Christian Barton; NV Bar #14824
   3960 Howard Hughes Pkwy., Suite 400
   Las Vegas, NV 89169

   Sean K. Claggett, Esq., Bar No 8407
   William T. Sykes, Esq., Bar No. 9916
   Jennifer Morales, Esq., Bar No. 8829
   Donald Graham, Esq., Bar No. 16086
   CLAGGETT & SYKES LAW FIRM
   4101 Meadows Lane, Suite 100
   Las Vegas, NV 89107

   Aimee Wagstaff (admitted *pro hac vice*)
   Madeleine Clavier (admitted *pro hac vice*)
   WAGSTAFF LAW FIRM
   940 N. Lincoln Street
   Denver, CO 80203

   and

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

| | |
|---|---|
| Las Vegas, Nevada 89145 | Kimberly Channick (admitted *pro hac vice*) |
| | WALSH LAW PLLC |
| *Attorneys for Beech-Nut Nutrition Company, Inc.* | 13428 Maxella Avenue, Suite 203 |
| | Marina del Rey, CA 90292 |
| EVANS FEARS & SCHUTTERT LLP | |
| | Alexandra M. Walsh (admitted *pro hac vice*) |
| By: ___/s/ David Gutke_____ | WALSH LAW PLLC |
| David Gutke, Esq., Bar No. 9820 | 1050 Connecticut Ave. NW, Suite 500 |
| Hayley E. La Morte, Esq., Bar No. 14241 | Washington, D.C. 20036 |
| 6720 Via Austi Parkway, Suite 300 | |
| Las Vegas, Nevada 89119 | *Attorneys for Plaintiffs.* |

*Attorneys for Sprout Foods, Inc.*

BALLARD SPAHR LLP

By: ___/s/ David E. Chavez_____
Joel E. Tasca, Esq., NV Bar #14124
David E. Chavez, Esq., NV Bar #15192
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plum PBC dba Plum Organics*

## ORDER

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that the deadline for the parties to submit a discovery plan and serve initial disclosures currently set for June 29, 2023, should be extended either (i) until 30 days after the Court enters an order on defendants' motion to sever (ECF No. 41) and Plaintiffs' forthcoming motion to amend the Complaint, or (ii) by 120 days to October 27, 2023, whichever comes sooner.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 30, 2023

3