Will Lemkul; NV Bar No. 6715
Christopher A. Turtzo; NV Bar No. 10253
Jennifer Saccuzzo; NV Bar No. 6807
Christian Barton; NV Bar No. 14824
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Phone: (702) 405-8100
Fax: (702) 405-8101
lemkul@morrissullivanlaw.com
turtzo@morrissullivanlaw.com
barton@morrissullivanlaw.com

Aimee Wagstaff (*Admitted Pro Hac Vice*)
Madeleine Clavier (*Admitted Pro Hac Vice*)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Phone: (303) 376-6360
awagstaff@wagstafflawfirm.com
mclavier@wagstafflawfirm.com

Sean Claggett; NV Bar No. 8407
William T. Sykes; NV Bar No. 9916
Jennifer Morales; NV Bar No. 8829
Donald Graham; NV Bar No. 16086
**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Lane, Ste. 100
Las Vegas, NV 89107
Phone: (702) 655-2346
Fax: (702) 655-3763
wsykes@claggettlaw.com

Alexandra M. Walsh (*Admitted Pro Hac Vice*)
**WALSH LAW PLLC**
1050 Connecticut Avenue NW, Suite 500
Washington, DC 20036
Phone: (202) 780-3014
awalsh@alexwalshlaw.com

Kimberly Channick (*Admitted Pro Hac Vice*)
**WALSH LAW PLLC**
13428 Maxella Avenue, Suite 203,
Marina del Rey, CA 90292
Phone: (310) 596-4545
kchannick@alexwalshlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P, a minor child by and through his legal guardian MARGARET PETNEAUD, <br><br>          Plaintiffs, <br><br> v. <br><br> BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC. <br><br>          Defendants. | Case No.: 2:23-CV-00344-CDS-EJY <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES TO SUBMIT OPPOSITION TO DEFENDANTS' JOINT MOTION TO SEVER** <br><br> **(First Request)** |

On June 27, 2023, Defendants jointly filed a Motion to Sever. (ECF Doc. # 41). The natural deadline to oppose the motion is July 11, 2023. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, D.M.P., C.V.P., C.R.C., J.P., and D.P., and Defendants, Beech-Nut Nutrition Company, Gerber Products Company, Plum PBC, Sprout Foods, Inc., and Walmart Inc., by and through their respective counsel of record, subject to the Court's approval, that the deadline for the Plaintiffs to submit their Opposition to Defendants' Joint Motion to Sever currently set for July 11, 2023, should be extended by 14 days to July 25, 2023.  The deadline for Defendants to file a Reply in support of the Joint Motion to Sever should be extended to August 8, 2023.

Good cause exists to grant the extension of time.  Plaintiffs anticipate filing a Motion for Leave to File a First Amended Complaint adding new plaintiffs and defendants to this matter on or before July 25, 2023. Plaintiffs assert that the forthcoming motion for leave relates to the issues raised in the motion to sever and may potentially affect the relief sought by Defendants.  The parties request the Court to rule on both motions concurrently and that any hearing on the motions, to the extent required by the Court, be scheduled for the same date.  Thus, by this extension, the parties seek to avoid waste of party and judicial resources.

This is the first stipulation for an extension of time to submit an Opposition to Defendants' Joint Motion to Sever and Reply thereto, and it is made in good faith and not for purposes of delay.

DATED this 10th day of July 2023.

PISANELLI BICE PLLC

By:    /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
400 South 7th Street, Suite 300
Las Vegas, NV 89101

Bryan A. Merryman, Esq.
(admitted *pro hac vice*)
J. Taylor Akerblom, Esq.
(admitted *pro hac vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433

MORRIS, SULLIVAN & LEMKUL, LLP

By:    /s/ Will Lemkul
Will Lemkul, Esq., NV Bar #6715
Christopher Turtzo, Esq., NV Bar #10253
Jennifer Saccuzzo, Esq., NV Bar #6807
Christian Barton; NV Bar #14824
3960 Howard Hughes Pkwy., Suite 400
Las Vegas, NV  89169

Sean K. Claggett, Esq., Bar No 8407
William T. Sykes, Esq., Bar No. 9916
Jennifer Morales, Esq., Bar No. 8829
Donald Graham, Esq., Bar No. 16086
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, NV  89107

1

2   *Attorneys for Gerber Products Company*
    WILEY PETERSEN                                  Aimee Wagstaff (admitted *pro hac vice*)
                                                    Madeleine Clavier (admitted *pro hac vice*)
3   By: ____/s/ Jason Wiley_____         WAGSTAFF LAW FIRM
        Robert J. Caldwell, Esq., Bar No. 7637      940 N. Lincoln Street
4       Jason M. Wiley, Esq., Bar No. 9274          Denver, CO  80203
        Ryan S. Petersen, Esq., Bar No. 10715
5       1050 Indigo Drive, Suite 200B              and
        Las Vegas, Nevada 89145
6
    *Attorneys for Beech-Nut Nutrition Company, Inc.*   Kimberly Channick (admitted *pro hac vice*)
7                                                   WALSH LAW PLLC
    EVANS FEARS & SCHUTTERT LLP                     13428 Maxella Avenue, Suite 203
8                                                   Marina del Rey, CA 90292
    By: ____/s/ David Gutke_____
9       David Gutke, Esq., Bar No. 9820            Alexandra M. Walsh (admitted *pro hac vice*)
        Hayley E. La Morte, Esq., Bar No. 14241    WALSH LAW PLLC
10      6720 Via Austi Parkway, Suite 300          1050 Connecticut Ave. NW, Suite 500
        Las Vegas, Nevada 89119                    Washington, D.C. 20036
11
    *Attorneys for Sprout Foods, Inc.*             *Attorneys for Plaintiffs.*
12
                                                    BALLARD SPAHR LLP
13  ALVERSON TAYLOR & SANDERS
                                                    By: ____/s/ David E. Chavez_____
14  By: ____/s/ Kurt Bonds_____            Joel E. Tasca, Esq., NV Bar #14124
        Kurt Bonds, NV Bar #6228                       David E. Chavez, Esq., NV Bar #15192
15      6605 Grand Montecito Pkwy., Suite 200         1980 Festival Plaza Drive, Suite 900
        Las Vegas, NV 89149                            Las Vegas, Nevada 89135
16
    *Attorneys for Walmart Inc.*                   *Attorneys for Plum PBC dba Plum Organics*
17

18

19                                      Based on the foregoing stipulation, and on the basis of
20                                      good cause, it is ORDERED that the deadline for the
                                        Plaintiffs to submit an Opposition to Defendants' Joint
21                                      Motion to Sever be extended to July 25, 2023.  The
                                        deadline for Defendants to file a Reply in support of the
22                                      Joint Motion to Sever shall be extended to August 8,
23                                      2023.

24                                      IT IS SO ORDERED.

25

26
                                        _____
27                                      UNITED STATES MAGISTRATE JUDGE

28                                      Dated:  July 11, 2023

                                                3