JASON M. WILEY, ESQ.
Nevada Bar No. 09274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
**WILEY PETERSEN**
1050 Indigo Drive, Suite 200B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
Email: rcaldwell@wileypetersenlaw.com
  jwiley@wileypetersenlaw.com
  rpetersen@wileypetersenlaw.com

LIVIA M. KISER, ESQ.
*Admitted Pro Hac Vice*
PETER HSIAO, ESQ.
*Admitted Pro Hac Vice*
**KING & SPALDING**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Email: lkiser@kslaw.com
  phsiao@kslaw.com

*Attorneys for Defendant Beech-Nut Nutrition Company and Walmart Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P, a minor child by and through his legal guardian MARGARET PETNEAUD,<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.<br><br>Defendants. | CASE NO.: 2:23-cv-00344-CDS-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

//

//

//

1

Defendant WALMART INC. (hereinafter "Walmart"), hereby substitutes the law firm of Wiley Petersen as attorneys of record in place and stead of Hall & Evans, LLC in the matter captioned *D.M.P. et al. v. Beech-Nut Nutrition Company, Inc.*, Case No. 2:23-cv-00344-CDS-EJY currently pending before the United States District Court District of Nevada.

DATED this 12th day of September, 2023.

WALMART INC.

Name: Matthew Moncur

Title: Lead Counsel

Hall & Evans, LLC hereby agrees with and gives their consent to the substitution in their place and stead of Jason M. Wiley, Esq. of the law firm Wiley Petersen, to act as attorney of record for Defendant Walmart in the matter captioned *D.M.P. et al. v. Beech-Nut Nutrition Company, Inc.*, Case No. 2:23-cv-00344-CDS-EJY currently pending before the United States District Court District of Nevada.

DATED this 8th day of September, 2023.

HALL & EVANS, LLC

KURT R. BONDS, ESQ.
Nevada Bar #6228
1160 Northtown Center Drive
Suite 330
Ph: 702.998.1022
BondsK@HallEvans.com

*Attorneys for Walmart Inc.*

//
//
//

2

Jason M. Wiley, Esq., of the law firm Wiley Petersen, hereby agrees to substitute in as attorney of record for Defendant Walmart in the place of Hall & Evans, LLC in the matter captioned *D.M.P. et al. v. Beech-Nut Nutrition Company, Inc.*, Case No. 2:23 cv 00344-CDS-EJY currently pending before the United States District Court District of Nevada.

DATED this 12th day of September, 2023.

        **WILEY PETERSEN**

        */s/ Jason M. Wiley*

        JASON M. WILEY, ESQ.
        Nevada Bar No. 09274
        RYAN S. PETERSEN, ESQ.
        Nevada Bar No. 10715
        1050 Indigo Drive, Suite 200B
        Las Vegas, Nevada 89145

        LIVIA M. KISER, ESQ.
        *Admitted Pro Hac Vice*
        PETER HSIAO, ESQ.
        *Admitted Pro Hac Vice*
        **KING & SPALDING**
        633 We t Fifth Street, Suite 1600
        Los Angeles, California 90071
        Email: lkiser  kslaw.com
                   phsiao@kslaw.com

        *Attorneys for Defendants Beech-Nut Nutrition Company and Walmart Inc.*

Please check one:   X   RETAINED or         APPOINTED BY THE COURT

APPROVED:

        *[signature]*
        UNITED STATES MAGISTRATE JUDGE

        DATED: September 12, 2023