UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

D.M.P., *et al.*,

    Plaintiffs,

v.

BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.,

    Defendants.

Case #2:23-cv-00344-CDS-EJY

NOTICE OF CHANGE OF ADDRESS

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective immediately, Walsh Law PLLC, attorneys for Plaintiffs in the above-captioned matter, has moved its Washington, DC office. All future correspondence, service of pleadings, and other documents should be directed to the following address:

    Alexandra M. Walsh
    Walsh Law PLLC
    14 Ridge Square NW
    Third Floor
    Washington, DC 20016

There will be no change to our telephone number, fax number, or email address.

    Respectfully submitted,

By:    */s/ Alexandra M. Walsh*
    Alexandra M. Walsh (admitted *pro hac vice*)
    Walsh Law PLLC
    14 Ridge Square NW
    Third Floor
    Washington, DC 20016
    Tel: (202) 780-3014
    Fax: (202) 780-3678
    awalsh@alexwalshlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 27, 2023, a true and correct copy of the foregoing Notice of Change of Address, was filed electronically using the CM/ECF system. Notice of this filing will be sent tot all counsel of record registered to receive electronic service by operation of the CM/ECF system.

                                             */s/ Alexandra M. Walsh*
                                              Alexandra M. Walsh