James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

Bryan A. Merryman, Esq. (admitted *pro hac vice*)
J. Taylor Akerblom, Esq. (admitted *pro hac vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone: 213.620.7700

*Attorneys for Gerber Products Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P. a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P., a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P. a minor child by and through his legal guardian, MARGARET PETNEAUD,<br><br>Plaintiffs,<br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-00344-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SERVE INITIAL DISCLOSURES**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs D.M.P., C.V.P., C.R.C., J.P., and D.P. ("Plaintiffs") and defendants Beech-Nut Nutrition Company, Gerber Products Company, Plum PBC, Sprout Foods, Inc., and Walmart Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, subject to the Court's approval, that the deadline for the Parties to exchange their initial disclosures currently set

1  for October 27, 2023 pursuant to the Stipulation and Order to Extend Deadlines to Submit
2  Discovery Plan and Serve Initial Disclosures (First Request) (ECF No. 47), should be extended
3  until 14 days after the Court enters a discovery plan and scheduling order. Good cause exists to
4  grant the stipulation. On October 24, 2023, this Court entered an Order on Defendants' Joint
5  Motion to Sever (ECF No. 41) and Plaintiffs' Motion for Leave to Amend Complaint (ECF No.
6  53). (*See* ECF No. 71). Pursuant to that Order, the Court instructed the Parties to submit "a
7  Discovery Plan and Scheduling Order reflecting agreed upon discovery, agreed upon
8  individualized discovery, identification of discovery on which they do not agree, and a proposed
9  scheduling order." (*Id.* 7:3-6). Thereafter, "the Court will hold a hearing to discuss and set a
10 discovery plan and order." (*Id.* 4:5-6.) As the parties must still discuss the scope of discovery, by
11 this extension, the Parties seek to more efficiently manage discovery in this case and avoid the
12 unnecessary expenditure of party resources. This is the second stipulation for an extension of time
13 to exchange initial disclosures, and is made in good faith and not for purposes of delay.

14       DATED this 27th day of October 2023.

PISANELLI BICE PLLC

By:   /s/ M. Magali Mercera
    James J. Pisanelli, Esq., Bar No. 4027
    Debra L. Spinelli, Esq., Bar No. 9695
    M. Magali Mercera, Esq., Bar No. 11742
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

    Bryan A. Merryman, Esq.
    (admitted *pro hac vice*)
    J. Taylor Akerblom, Esq.
    (admitted *pro hac vice*)
    WHITE & CASE LLP
    555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071-2433

*Attorneys for Gerber Products Company*

EVANS FEARS & SCHUTTERT LLP

By:   /s/ David Gutke
    David Gutke, Esq., Bar No. 9820
    Hayley E. La Morte, Esq., Bar No. 14241
    6720 Via Austi Parkway, Suite 300
    Las Vegas, Nevada 89119

*Attorneys for Sprout Foods, Inc.*

MORRIS, SULLIVAN & LEMKUL, LLP

By:   /s/ Will Lemkul
    Will Lemkul, Esq., NV Bar #6715
    Christopher Turtzo, Esq., NV Bar #10253
    Jennifer Saccuzzo, Esq., NV Bar #6807
    Christian Barton; NV Bar #14824
    3960 Howard Hughes Pkwy., Suite 400
    Las Vegas, NV 89169

    Sean K. Claggett, Esq., Bar No 8407
    William T. Sykes, Esq., Bar No. 9916
    Jennifer Morales, Esq., Bar No. 8829
    Donald Graham, Esq., Bar No. 16086
    CLAGGETT & SYKES LAW FIRM
    4101 Meadows Lane, Suite 100
    Las Vegas, NV 89107

    Aimee Wagstaff (admitted *pro hac vice*)
    Madeleine Clavier (admitted *pro hac vice*)
    WAGSTAFF LAW FIRM
    940 N. Lincoln Street
    Denver, CO 80203

    Kimberly Channick (admitted *pro hac vice*)
    WALSH LAW PLLC
    13428 Maxella Avenue, Suite 203
    Marina del Rey, CA 90292

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

| | |
|---|---|
| WILEY PETERSEN<br><br>By: /s/ Jason M. Wiley<br>   Robert J. Caldwell, Esq., Bar No. 7637<br>   Jason M. Wiley, Esq., Bar No. 9274<br>   Ryan S. Petersen, Esq., Bar No. 10715<br>   1050 Indigo Drive, Suite 200B<br>   Las Vegas, Nevada 89145<br><br>   Livia Kiser, Esq. (admitted *pro hac vice*)<br>   KING & SPALDING LLP<br>   110 North Wacker Drive, Suite 3800<br>   Chicago, IL 60606<br><br>   Peter Hsiao, Esq. (admitted *pro hac vice*)<br>   KING & SPALDING LLP<br>   633 W. Fifth Street, Suite 1600<br>   Loas Angeles, CA 90071<br><br>*Attorneys for Beech-Nut Nutrition Company, Inc. and Walmart Inc* | Alexandra M. Walsh (admitted *pro hac vice*)<br>WALSH LAW PLLC<br>1050 Connecticut Ave. NW, Suite 500<br>Washington, D.C. 20036<br><br>*Attorneys for Plaintiffs*<br><br>BALLARD SPAHR LLP<br><br>By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq., NV Bar #14124<br>David E. Chavez, Esq., NV Bar #15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plum PBC dba Plum Organics* |

## **ORDER**

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that the deadline for the parties to exchange initial disclosures currently set for October 27, 2023, shall be extended until 14 days after the Court enters a discovery plan and scheduling order.

IT IS SO ORDERED.

/s/ Elayna J. Zouchah
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2023

3