Lori N. Brown, SBN 8858
Email: lbrown@grsm.com
Direct Dial: (602) 794-3651
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Tel: (702) 577-9300
*Attorney for Defendant Sprout Foods, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P, a minor child by and through his legal guardian MARGARET PETNEAUD, <br><br> Plaintiff, <br><br> vs. <br><br> BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC. <br><br> Defendants. | Case No. 2:23-CV-00344 <br><br> **STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC.** |

IT IS HEREBY STIPULATED and AGREED that David W. Gutke, and Hayley E. LaMorte, of Evans Fears Schuttert McNulty Mickus hereby withdraw as counsel for Defendant Sprout Foods, Inc., and Lori N. Brown, of Gordon Rees Scully Mansukhani, LLP, substitutes in as counsel for Defendant Sprout Foods, Inc., effective immediately.

| | |
|---|---|
| **STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC.** – 1 <br> Case No. 2:23-CV-00344 | GORDON REES SCULLY MANSUKHANI, LLP <br> 300 S. 4th St., Suite 1550 <br> Las Vegas, NV 89101 <br> Tel: (702) 577-9300 <br> Fax: (702) 255-2858 |

All further papers and pleadings, except for original service of process, should be made upon the substituting counsel of record at the office indicated below.

>Lori N. Brown, SBN 8858
>Email: lbrown@grsm.com
>Direct Dial: (602) 794-3651
>GORDON REES SCULLY MANSUKHANI, LLP
>300 S. 4th St., Suite 1550
>Las Vegas, NV 89101
>Tel: (702) 577-9300

Dated: November 1, 2023                EVANS FEARS SCHUTTERT MCNULTY MICKUS

By: *s/ David W. Gutke*
David W. Gutke, SBN. 9820
dgutke@efstriallaw.com
Haley E. LaMorte, SBN 14241
hlamorte@esftriallaw.com
*Withdrawing Attorney for Defendant Sprout Foods, Inc.*

Dated: November 1, 2023                Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Lori N. Brown*
Lori N. Brown, SBN 8858
Email: lbrown@grsm.com
*Attorney for Defendant Sprouts Foods, Inc.*

IT IS SO ORDERED

By: _____
UNITED STATES MAGISTRATE JUDGE

**STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC.** – 2
Case No. 2:23-CV-00344

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Tel: (702) 577-9300
Fax: (702) 255-2858