Lori N. Brown, SBN 8858
Email: lbrown@grsm.com
Direct Dial: (602) 794-3651
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Tel: (702) 577-9300
*Attorney for Defendant Sprout Foods, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P, a minor child by and through his legal guardian MARGARET PETNEAUD,<br><br>Plaintiffs<br><br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.<br><br>Defendants | Case No. 2:23-CV-00344-CDS-EJY<br><br>**STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC.** |

IT IS HEREBY STIPULATED and AGREED that David W. Gutke, and Hayley E. LaMorte, of Evans Fears Schuttert McNulty Mickus hereby withdraw as counsel for Defendant Sprout Foods, Inc., and Lori N. Brown, of Gordon Rees Scully Mansukhani, LLP, substitutes in as counsel for Defendant Sprout Foods, Inc., effective immediately.

**STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC.** – 1
Case No. 2:23-CV-00344-CDS-EJY

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Tel: (702) 577-9300
Fax: (702) 255-2858

All further papers and pleadings, except for original service of process, should be made upon the substituting counsel of record at the office indicated below.

    Lori N. Brown, SBN 8858
    Email: lbrown@grsm.com
    Direct Dial: (602) 794-3651
    GORDON REES SCULLY MANSUKHANI, LLP
    300 S. 4th St., Suite 1550
    Las Vegas, NV 89101
    Tel: (702) 577-9300

Dated: November 1, 2023

EVANS FEARS SCHUTTERT MCNULTY MICKUS

By: *s/ David W. Gutke*
    David W. Gutke, SBN. 9820
    dgutke@efstriallaw.com
    Haley E. LaMorte, SBN 14241
    hlamorte@esftriallaw.com
    *Withdrawing Attorney for Defendant Sprout Foods, Inc.*

Dated: November 1, 2023

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP


By: *s/ Lori N. Brown*
    Lori N. Brown, SBN 8858
    Email: lbrown@grsm.com
    *Attorney for Defendant Sprouts Foods, Inc.*

IT IS SO ORDERED:

By: _____
    UNITED STATES DISTRICT JUDGE
    Dated: November 6, 2023

STIPULATON AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SPROUT FOODS, INC. – 2
Case No. 2:23-CV-00344-CDS-EJY

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th St., Suite 1550
Las Vegas, NV 89101
Tel: (702) 577-9300
Fax: (702) 255-2858