James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:   702.214.2100

Bryan A. Merryman, Esq. (admitted *pro hac vice*)
J. Taylor Akerblom, Esq. (admitted *pro hac vice*)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone: 213.620.7700

*Attorneys for Gerber Products Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P. a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P., a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P. a minor child by and through his legal guardian, MARGARET PETNEAUD,<br><br>Plaintiffs,<br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.,<br><br>Defendants. | CASE NO.: 2:23-cv-00344-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MEET AND CONFER AND FILE A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs D.M.P., C.V.P., C.R.C., J.P., and D.P. ("Plaintiffs") and defendants Beech-Nut Nutrition Company, Gerber Products Company, Plum PBC, Sprout Foods, Inc., and Walmart Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, subject to the Court's approval, that the deadline for the Parties to commence discussions on the scope of joint

discovery and joint dispositive motion practice as set forth in this Court's October 24, 2023 Order on Defendants' Joint Motion to Sever and Plaintiffs' Motion for Leave to Amend Complaint (the "October 24, 2023 Order") (ECF No. 71) shall be extended until 7 days after Hain Celestial Group, Inc. ("Hain") and Nurture Inc. ("Nurture") file their responsive pleading to the First Amended Complaint or otherwise appear. Further, the Parties agree that the deadline to file a Discovery Plan and Scheduling Order as set forth in the Court's October 24, 2023 Order, shall be extended until 20 days after Hain and Nurture file their responsive pleading or otherwise appear.

Good cause exists to grant the stipulation. On October 24, 2023, this Court instructed the Parties to submit "a Discovery Plan and Scheduling Order reflecting agreed upon discovery, agreed upon individualized discovery, identification of discovery on which they do not agree, and a proposed scheduling order." (*Id.* 7:3-6). Thereafter, "the Court will hold a hearing to discuss and set a discovery plan and order." (*Id.* 4:5-6.) Plaintiffs filed their First Amended Complaint on October 31, 2023. (*See* ECF No. 74.) Newly added Defendants Hain and Nurture have not yet been served with the First Amended Complaint and have not yet appeared in this action. Thus, in order to allow *all* of the Parties to participate in the meet and confer process and agree upon the consolidated discovery, individualized discovery, and identify any discovery on which they do not agree, and a proposed scheduling order, the Parties agree and respectfuly request that the deadlines set forth in the Court's October 24, 2023 order be extended.

This is the first stipulation for an extension of time to extend the deadlines set forth in the Court's October 24, 2023 Order, and is made in good faith and not for purposes of delay.

DATED this 6th day of November 2023.

| | |
|---|---|
| PISANELLI BICE PLLC | MORRIS, SULLIVAN & LEMKUL, LLP |
| By:  /s/ M. Magali Mercera  <br>James J. Pisanelli, Esq., Bar No. 4027<br>Debra L. Spinelli, Esq., Bar No. 9695<br>M. Magali Mercera, Esq., Bar No. 11742<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br><br>Bryan A. Merryman, Esq.<br>(admitted *pro hac vice*)<br>J. Taylor Akerblom, Esq.<br>(admitted *pro hac vice*)<br>WHITE & CASE LLP | By:  /s/ William T. Sykes  <br>Will Lemkul, Esq., NV Bar #6715<br>Christopher Turtzo, Esq., NV Bar #10253<br>Jennifer Saccuzzo, Esq., NV Bar #6807<br>Christian Barton; NV Bar #14824<br>3960 Howard Hughes Pkwy., Suite 400<br>Las Vegas, NV 89169<br><br>Sean K. Claggett, Esq., Bar No 8407<br>William T. Sykes, Esq., Bar No. 9916<br>Jennifer Morales, Esq., Bar No. 8829<br>Donald Graham, Esq., Bar No. 16086<br>CLAGGETT & SYKES LAW FIRM |

| | |
|---|---|
| 555 S. Flower Street, Suite 2700<br>Los Angeles, CA 90071-2433 | 4101 Meadows Lane, Suite 100<br>Las Vegas, NV 89107 |
| *Attorneys for Gerber Products Company* | Aimee Wagstaff (admitted *pro hac vice*)<br>Madeleine Clavier (admitted *pro hac vice*)<br>WAGSTAFF LAW FIRM<br>940 N. Lincoln Street<br>Denver, CO 80203 |
| GORDON REES SCULLY MANSUKHANI, LLP | |
| By:    /s/ Lori N. Brown<br>   Lori N. Brown, Esq., Bar No. 8858<br>   300 S. 4th St., Suite 1550<br>   Las Vegas, NV 89101 | Kimberly Channick (admitted *pro hac vice*)<br>WALSH LAW PLLC<br>13428 Maxella Avenue, Suite 203<br>Marina del Rey, CA 90292 |
| *Attorneys for Sprout Foods, Inc.* | Alexandra M. Walsh (admitted *pro hac vice*)<br>WALSH LAW PLLC<br>14 Ridge Square NW, Third Floor<br>Washington, DC 20016<br>*Attorneys for Plaintiffs* |
| WILEY PETERSEN | |
| By: /s/ Jason M. Wiley<br>   Robert J. Caldwell, Esq., Bar No. 7637<br>   Jason M. Wiley, Esq., Bar No. 9274<br>   Ryan S. Petersen, Esq., Bar No. 10715<br>   1050 Indigo Drive, Suite 200B<br>   Las Vegas, Nevada 89145 | |
| | BALLARD SPAHR LLP |
| Livia Kiser, Esq. (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>110 North Wacker Drive, Suite 3800<br>Chicago, IL 60606 | By:    /s/ David E. Chavez<br>Joel E. Tasca, Esq., NV Bar #14124<br>David E. Chavez, Esq., NV Bar #15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| Peter Hsiao, Esq. (admitted *pro hac vice*)<br>KING & SPALDING LLP<br>633 W. Fifth Street, Suite 1600<br>Loas Angeles, CA 90071 | *Attorneys for Plum PBC dba Plum Organics* |
| *Attorneys for Beech-Nut Nutrition Company, Inc. and Walmart Inc* | |

## **ORDER**

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that that the deadline for the Parties to commence discussions on the scope of joint discovery and joint dispositive motion practice as set forth in this Court's October 24, 2023 Order shall be extended until 7 days after Hain and Nurture file their responsive pleading to the First Amended Complaint or otherwise appear.

/ / /

3

1  Further, that the deadline to file a Discovery Plan and Scheduling Order as set forth in the
2  October 24, 2023 Order, shall be extended until 20 days after Hain and Nurture file their
3  responsive pleading or otherwise appear.
4  IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 7, 2023