TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

*Attorneys for Defendant Hain Celestial Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJÓN;  C.V.P. a minor child by and through his legal guardian, RUBY PÉREZ CHINO;  C.R.C., a minor child by and through his legal guardian, AMÉRICA CARDONA;  J.P., a minor child by and through his legal guardian, JESENIA PLASCENCIA;  D.P., a minor child by and through his legal guardian, MARGARET PETNEAUD;  E.R., a minor child by and through his legal guardian FANNY LÓPEZ; and A.M., a minor child by and through his legal guardian ADRIANA MUNOZ, | Case No.:  2:23-cv-00344-CDS-EJY **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR HAIN AND NURTURE TO RESPOND TO FIRST AMENDED COMPLAINT** **(FIRST REQUEST)** |
| Plaintiffs, | |
| vs. | |
| BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; WALMART, NC.; HAIN CELESTIAL GROUP INC.; and NURTURE INC. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, through their counsel Morris, Sullivan & Lemkul, LLP; Brady Law Group, Inc.; Wisner Baum, LLP; Wagstaff Law Firm; Claggett & Sykes Law Firm; and Walsh Law PLLC, and Defendants Hain Celestial Group, Inc. ("Hain"), through their counsel Peterson Baker, PLLC, and Nurture, LLC (formerly known as Nurture, Inc.) ("Nurture"), by and through their counsel Evans Fears Shuttert McNulty Mickus, that

both Hain and Nurture shall have a 30-day extension up to and including January 17, 2024, in which to answer or otherwise respond to Plaintiffs' First Amended Complaint [ECF No. 74]. This stipulation is submitted and based upon the following:

1. Defendants Hain and Nurture were served with a copy of the Summons and First Amended Complaint on November 27, 2023, and their respective responses to the First Amended Complaint are currently due on December 18, 2023.

2. Due to the complexity of the claims asserted and due to the upcoming holidays, additional time is needed by both Hain and Nurture in order to respond to the First Amended Complaint [ECF No. 74].

3. The parties agree and jointly request the Court grant an extension of the deadline for both Hain and Nurture to answer or otherwise respond to the First Amended Complaint up to and including January 17, 2024.

4. This is the first request for an extension of time for either Hain or Nurture to file a proposed response to the First Amended Complaint and good cause exists for this request.

5. This request is made in good faith and not for the purpose of delay.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Nothing in this Stipulation, nor the fact of entering into the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 18th day of December, 2023.

/s/ Will Lemkul

Will Lemkul, NV Bar No. 6715
Christopher A. Turtzo, NV Bar No. 10253
Jennifer Saccuzzo, NV Bar No. 6807
Christian Barton, NV Bar No. 14824
MORRIS, SULLIVAN & LEMKUL, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Phone (702) 405-8100
Fax (702) 405-8101
lemkul@morrissullivanlaw.com
turtzo@morrissullivanlaw.com
barton@morrissullivanlaw.com
*Attorneys for Plaintiffs*

/s/ Chad R. Fears

Kelly Evans, Esq.
Chad R. Fears, Esq.
David Gutke, Esq.
Evans Fears Shuttert McNulty Mickus LLP
6720 Via Austi Pkwy, Suite 300
Las Vegas, NV 89119
kevans@efstriallaw.com
cfears@efstriallaw.com
dgutke@efstriallaw.com
*Attorneys for Defendant Nurture, LLC.*

/s/ Tamara Beatty Peterson

Tamara Beatty Peterson, NV Bar No. 5218
Peterson Baker, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002
tpeterson@petersonbaker.com

*Attorneys for Defendant Hain Celestial Group, Inc.*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  December 18, 2023

3