1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Mercera, Esq., Bar No. 11742
   MMM@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
6
   Bryan A. Merryman, Esq. (admitted *pro hac vice*)
7  J. Taylor Akerblom, Esq. (admitted *pro hac vice*)
   WHITE & CASE LLP
8  555 S. Flower Street, Suite 2700
   Los Angeles, CA 90071-2433
9  Telephone: 213.620.7700

10 *Attorneys for Gerber Products Company*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P. a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P., a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P. a minor child by and through his legal guardian, MARGARET PETNEAUD,<br><br>    Plaintiffs,<br>vs.<br><br>BEECH-NUT NUTRITION COMPANY, INC.; GERBER PRODUCTS COMPANY; PLUM PBC, d.b.a. PLUM ORGANICS; SPROUT FOODS, INC.; and WALMART, INC.,<br><br>    Defendants. | CASE NO.: 2:23-cv-00344-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MEET AND CONFER AND FILE A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Second Request)** |

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs D.M.P., C.V.P., C.R.C., J.P., D.P.U., E.R.L, and A.M. ("Plaintiffs") and defendants Beech-Nut Nutrition Company, Gerber Products Company, Plum, PBC, Sprout Foods, Inc., Walmart Inc., The Hain Celestial Group, Inc. and Nurture, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, subject to the Court's approval, that the deadline for

1

the Parties to file a Discovery Plan and Scheduling Order as set forth in this Court's October 24, 2023 Order on Defendants' Joint Motion to Sever and Plaintiffs' Motion for Leave to Amend Complaint (the "October 24, 2023 Order") (ECF No. 71) shall be extended until May 6, 2024.

On October 24, 2023, this Court instructed the Parties to submit "a Discovery Plan and Scheduling Order reflecting agreed upon discovery, agreed upon individualized discovery, identification of discovery on which they do not agree, and a proposed scheduling order." (*Id.* 7:3-6). Thereafter, "the Court will hold a hearing to discuss and set a discovery plan and order." (*Id.* 4:5-6.) Plaintiffs filed their First Amended Complaint on October 31, 2023. (*See* ECF No. 74.) Defendants Beech-Nut Nutrition Company, Inc., Gerber Products Company, Inc., Plum, PBC, Sprout Foods, Inc., and Walmart, Inc. filed their answers to the First Amended Complaint on November 21, 2023. (*See* ECF Nos. 80-84.) Defendants the Hain Celestial Group, Inc. and Nurture, LLC filed their their answers to the First Amended Complaint on January 17, 2024. (*See* ECF Nos. 93-94.) On January 4, 2024, Plaintiffs filed a Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings before the United States Judicial Panel on Multidistrict Litigation (the "MDL Motion"). Responses to the MDL Motion are due on or before February 13, 2024 and replies, if any, are due on or before February 20, 2024.

The Parties held their initial meet and confer on January 24, 2024 and agreed to extend the deadline to file the Discovery Plan and Scheduling Order as set forth in the October 24, 2023 Order to May 6, 2024. Given the number of parties and complexities of the issues involved, the Parties anticipate requesting an extended discovery period and thus the parties agreed the additional time requested by this Stipulation will be helpful to continue to meet and confer regarding discovery issues and the proposed Discovery Plan and Scheduling Order during this time. The Parties further agree that discovery shall not commence until such time as a Discovery Plan and Scheduling Order are entered in this matter. Based on the foregoing, the Parties agree good cause exists and respectfuly request that the deadline set forth in the Court's October 24, 2023 order be extended as set forth herein.

1  This is the second stipulation for an extension of time to extend the deadlines set forth in
2  the October 24, 2023 Order, and is made in good faith and not for purposes of delay.
3  DATED this 6th day of February 2024.

4 | PISANELLI BICE PLLC | MORRIS, SULLIVAN & LEMKUL, LLP

5 | By: /s/ M. Magali Mercera | By: /s/ Will Lemkul
James J. Pisanelli, Esq., Bar No. 4027 | Will Lemkul, Esq., NV Bar #6715
6 | Debra L. Spinelli, Esq., Bar No. 9695 | Christopher Turtzo, Esq., NV Bar #10253
M. Magali Mercera, Esq., Bar No. 11742 | Jennifer Saccuzzo, Esq., NV Bar #6807
7 | 400 South 7th Street, Suite 300 | Christian Barton; NV Bar #14824
Las Vegas, NV 89101 | 3960 Howard Hughes Pkwy., Suite 400
8 | | Las Vegas, NV 89169

9 | Bryan A. Merryman, Esq. | Sean K. Claggett, Esq., Bar No 8407
(admitted *pro hac vice*) | William T. Sykes, Esq., Bar No. 9916
10 | J. Taylor Akerblom, Esq. | Jennifer Morales, Esq., Bar No. 8829
(admitted *pro hac vice*) | Donald Graham, Esq., Bar No. 16086
WHITE & CASE LLP | CLAGGETT & SYKES LAW FIRM
11 | 555 S. Flower Street, Suite 2700 | 4101 Meadows Lane, Suite 100
Los Angeles, CA 90071-2433 | Las Vegas, NV 89107
12
*Attorneys for Gerber Products Company* | Aimee Wagstaff (admitted *pro hac vice*)
13 | | Madeleine Clavier (admitted *pro hac vice*)
GORDON REES SCULLY MANSUKHANI, | WAGSTAFF LAW FIRM
14 | LLP | 940 N. Lincoln Street
| Denver, CO 80203
15 | By: /s/ Lori N. Brown
Lori N. Brown, Esq., Bar No. 8858 | Kimberly Channick (admitted *pro hac vice*)
16 | 300 S. 4th St., Suite 1550 | WALSH LAW PLLC
Las Vegas, NV 89101 | 13428 Maxella Avenue, Suite 203
17 | | Marina del Rey, CA 90292
*Attorneys for Sprout Foods, Inc.*
18 | | Alexandra M. Walsh (admitted *pro hac vice*)
WILEY PETERSEN | WALSH LAW PLLC
19 | | 14 Ridge Square NW, Third Floor
By: /s/ Jason M. Wiley | Washington, DC 20016
20 | Robert J. Caldwell, Esq., Bar No. 7637
Jason M. Wiley, Esq., Bar No. 9274 | *Attorneys for Plaintiffs*
21 | Ryan S. Petersen, Esq., Bar No. 10715
1050 Indigo Drive, Suite 200B | BALLARD SPAHR LLP
22 | Las Vegas, Nevada 89145
| By: /s/ David E. Chavez
23 | Livia Kiser, Esq. (admitted *pro hac vice*) | Joel E. Tasca, Esq., NV Bar #14124
KING & SPALDING LLP | David E. Chavez, Esq., NV Bar #15192
24 | 110 North Wacker Drive, Suite 3800 | 1980 Festival Plaza Drive, Suite 900
Chicago, IL 60606 | Las Vegas, Nevada 89135
25
Peter Hsiao, Esq. (admitted *pro hac vice*) | Katherine Unger Davis, Esq.
26 | KING & SPALDING LLP | (admitted *pro hac vice*)
633 W. Fifth Street, Suite 1600 | DECHERT LLP
27 | Loas Angeles, CA 90071 | 2929 Arch Street
| Philadelphia, PA 19104
28 | *Attorneys for Beech-Nut Nutrition
Company, Inc. and Walmart Inc.* | *Attorneys for Plum, PBC*

| | |
|---|---|
| EVANS FEARS & SCHUTTERT LLP | PETERSON BAKER, PLLC |
| By:   /s/ Chad R. Fears<br>    Kelly A. Evans, Esq., Bar No. 7691<br>    Chad R. Fears, Esq., Bar No. 6970<br>    6720 Via Austi Parkway, Suite 300<br>    Las Vegas, Nevada 89119 | By:   /s/ Tamara Beatty Peterson<br>    Tamara Beatty Peterson, Esq., Bar No. 5218<br>    David E. Astur, Esq., Bar No. 15008<br>    701 S. 7th Street<br>    Las Vegas, NV 89101 |
| *Attorneys for Nurture, LLC* | *Attorneys for Hain Celestial Group, Inc.* |

**ORDER**

Based on the foregoing stipulation, and on the basis of good cause, it is ORDERED that that the deadline to submit the Parties' proposed Discovery Plan and Scheduling Order shall be extended until May 6, 2024. Discovery shall not commence until such time as a Discovery Plan and Scheduling Order are entered in this matter.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2024

4