1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8 | D.M.P a minor child by and through his
9 | legal guardian, ANNIE POMPA
MOREJON, et al.
10 |             Plaintiff(s),

11 |     vs.

12 | BEECH-NUT NUTRITION COMPANY,
INC., et al.

13
14 |             Defendant(s).
15

Case #2:23-CV-00344 -CDS-EJY

AMENDED
**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 100]

16          Michael Klatt , Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18     1.    That Petitioner is an attorney at law and a member of the law firm of

19                 Gordon Rees Scully Mansukhani
(firm name)

20 with offices at           2705 Bee Caves Road, Suite 220 ,
(street address)

21        Austin     ,     Texas    ,   78746 ,
22        (city)             (state)       (zip code)

23      (512) 582-6485   ,     mklatt@grsm.com .
(area code + telephone number)       (Email address)

24
25     2.    That Petitioner has been retained personally or as a member of the law firm by

26        Sprout Foods, Inc.    to provide legal representation in connection with
[client(s)]

27 the above-entitled case now pending before this Court.

28
Rev. 5/16

3.    That since _____ 05/1981 _____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____ Texas _____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Texas | May 15, 1981 | 11554200 |
| United States Court of Appeal - Fifth Circuit | December 1, 2003 | |
| USDC Western District of Texas | July 23, 1990 | |
| USDC Northern District of Texas | July 18, 1990 | |
| USDC Southern District of Texas | May 14, 1991 | |
| USDC Eastern District of Texas | July 31, 1991 | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> State Bar of Texas

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
                              )
COUNTY OF _____Travis_____ )

_____Michael R. Klatt_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_19th_ day of _January_, _2024_.

_____
Notary Public or Clerk of Court

> JANICE HARRIS
> Notary ID #2843953
> My Commission Expires
> September 17, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
believes it to be in the best interests of the client(s) to designate _Lori Brown_,
                                                                      (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
above-entitled Court as associate resident counsel in this action.  The address and email address of
said designated Nevada counsel is:

_Gordon & Rees, 300 S. 4th Street, Suite 1550_,
                (street address)

_Las Vegas_,          _Nevada_,          _89101_,
   (city)               (state)          (zip code)

_(602) 794-3651_,     _lbrown@grsm.com_.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Lori Brown       as
                                                   (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Micki Pacheco*
(party's signature)

President    Sprout Foods, Inc., Nicki Pacheco
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

~~027002~~ 8858          lbrown@grsm.com
Bar number              Email address

APPROVED:

Dated: this 13th day of March , 20 24 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16